# 20-2507-MJ-LOUIS

AO 442 (Rev. 11/11) Arrest Warrant

## UNITED STATES DISTRICT COURT
for the
Middle District of Florida

United States of America
v.
Eduardo Lamigueiro

Case No. 8:19-mj-2603-T-AAS

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

YOU ARE COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Eduardo Lamigueiro, who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349.

Date: 12/18/2019

City and state: Tampa, Florida

*Issuing officer's signature*

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

*Arresting officer's signature*

*Printed name and title*

AO 91 (Rev. 11/11) Criminal Complaint   20-2507-MJ-LOUIS

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

FILED BY ___YR___ D.C.

Mar 27, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

| United States of America | ) |
|---|---|
| v. | ) |
| Eduardo Lamigueiro, | ) Case No. 8:19-MJ-2603-T-AAS |
| Roxana Ruiz, | ) |
| Bertanicy Garcia, | ) |
| Marcos Cobo Gonzalez, | ) |
| Nelson Cobo Hernandez, | ) |
| Junior Perodin Verges, and | ) |
| Jose Perez | ) |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

From on or about __November 2018__ and continuing through __June 2019__, in the county of __Hillsborough__, in the __Middle__ District of __Florida__, the defendants violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1349 | conspiracy to commit wire fraud |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Rhett Campbell, Task Force Officer, U.S. Secret Service
*Printed name and title*

Sworn to before me and signed in my presence.

Date: December 18, 2019

_____
*Judge's signature*

City and state: Tampa, Florida

Amanda Arnold Sansone, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rhett Campbell, being duly sworn, state the following:

1. I am employed as a Detective/Officer with the Sarasota County Sheriff's Office and I am currently assigned to the Criminal Investigations Section. I have been a law enforcement officer for approximately 8 years, and have been assigned to the Criminal Investigations Section for more than one year. I have led, conducted, and participated in criminal investigations involving wire fraud, identity theft, interstate transport of stolen goods and conspiracy. I am currently assigned with the United States Secret Service Financial Investigative Strike Team, Tampa Field Office, and am cross-sworn in that regard.

2. This affidavit is based on my personal knowledge, my review of records and other materials obtained during the course of this investigation, including victim statements, police reports from other agencies, open source investigative databases, as well as information provided to me by other government personnel with knowledge related to this investigation, both local and federal law enforcement. I believe the information received from others to be truthful and reliable to the best of my knowledge. Because this affidavit is being submitted for the limited purpose of establishing probable cause, I have not included each and every fact known to me concerning this investigation. Rather, I have set forth only those facts that I believe are sufficient to establish the necessary foundation for the complaint.

3. Based on the information contained in this affidavit, I believe there is probable cause to charge **Eduardo Lamigueiro, Roxana Ruiz, Bertanicy Garcia,**

Marcos Cobo Gonzalez, Nelson Cobo Hernandez, Junior Perodin Verges, and Jose Perez with a violating 18 U.S.C. § 1349, all having conspired to devise to a scheme to obtain property by means of materially false and fraudulent pretenses, representations and promises and executing the aforementioned scheme by causing wire communications in interstate commerce.

4. This affidavit is intended to demonstrate that probable cause exists to support a complaint to charge **Eduardo Lamigueiro, Roxana Ruiz, Bertanicy Garcia, Marcos Cobo Gonzalez, Nelson Cobo Hernandez, Junior Perodin Verges, and Jose Perez** with the above mentioned crime. This affidavit does not purport to set forth all of my knowledge of or this matter.

## PROBABLE CAUSE

### Introduction

In April 2019, I began an investigation involving individuals using false documents and stolen personal identification information (PII) to open credit accounts at the Saks Fifth Avenue retail store (Saks), located at 120 University Town Center Drive, Sarasota, FL in the Middle District of Florida.

The victims Efrain Pagan of Hillsborough County, FL, and Jose Perez (different from the listed defendant in the instant investigation) of Polk County, FL, reported their PII was used to open credit accounts at the Saks store in Sarasota. The suspects used the accounts to purchase up to $5,000 in merchandise on each

2

occasion, with one occurring on March 29, 2019, and the second occurring on April 14, 2019.

I met with Saks Loss Prevention Officer Daniel White, who is based in Sarasota County. L.P. Officer White is assigned to investigate theft and fraud to mitigate loss to Saks. L.P. Officer White provided me with video surveillance, receipts, and transaction information from each known occasion where the suspects committed fraud in Sarasota County.

L.P. Officer White provided me with the license plate of the vehicle driven by the suspects during the March 29th transaction, FL Tag #IZPF52. I learned that on April 7, 2019, at approximately 12:17 p.m., Eduardo Lamigueiro received a traffic citation issued by the Florida Highway Patrol, for following too closely, a violation which is alleged to have occurred near Northbound I-75 Mile Marker 120. Eduardo Lamigueiro was driving the same Toyota Sedan bearing FL Tag #IZPF52, which was related to the March 29 transaction.

Based on this information, I was able to identify Eduardo Lamigueiro as the same person perpetrating the fraudulent transaction at Saks on April 14, 2019, when the vehicle returned to Saks in Sarasota. Eduardo Lamigueiro was captured on surveillance inside of the store using the PII of Jose Perez to open a Saks credit account.

On May 23, 2019, L.P. Officer White contacted me and stated that the suspects had returned and were actively engaged in a suspected fraudulent

3

transaction. U.S. Secret Service (USSS) Task Force Officer Carlos Verdoni and I responded for the investigation.

Upon our arrival, we contacted Eduardo Lamigueiro and Roxana Ruiz. Eduardo Lamigueiro and Roxana Ruiz were detained and transported to SCSO Headquarters (HQ). Eduardo Lamigueiro's vehicle, the white Toyota Corolla bearing FL Tag #IZPF52, was towed to the SCSO Forensics Garage pending the execution of a search warrant.

Roxana Ruiz was in possession of a counterfeit Florida driver license bearing the PII of Diana L. Delaney. We learned Roxana Ruiz used Delaney's PII on May 23, 2019, to open a Saks credit account and charge approximately $5,742 in Saks merchandise. Delaney was contacted and confirmed she did not give Roxana Ruiz permission to use or possess or use her PII.

Saks Fifth Avenue (Saks) specializes in the sale of designer fashion clothing and accessories. Saks is a subsidiary of the Canadian based Hudson Bay Company "HBC" headquartered in Brampton, Ontario. Saks operates in the Middle District of Florida including store #633 at the University Town Center (UTC) Mall in Sarasota County. Saks partners with financial institutions to offer co-branded private label credit cards "credit accounts" which can be used to pay for purchases online and in store. These agreements are offered through Capital One N.A. Applications are completed through an in-store tablet or kiosk. The application information, including the PII of the applicant is electronically transmitted to Saks Data Servers located in Jackson, MS. The information is ultimately transmitted to one or more Capital One

4

Data Centers located in Volo, IL and/or Chesterfield, VA. Approved Capital One Saks store credit cards "credit accounts," which can be used at Saks retail stores immediately after credit approval.

On May 24, 2019, I executed a search warrant on the Toyota Corolla. In the glove compartment I located a clear bag, with makeup and a small wallet. Roxana Ruiz' driver license and several credit cards bearing her name were inside the wallet. Also, in the glove compartment was a Samsung cell phone. Biological evidence was collected and multiple latent fingerprints belonging to a man named Marcos Cobo Gonzalez were found in the car.

Also in the vehicle, was evidence that the suspects obtained credit from at least two other retail stores: Kohl's and Nordstrom Department stores. Two Nordstrom credit account pamphlets were located in the glove compartment. They were similar to the one found in Roxana Ruiz' purse when she was arrested. Kohl's temporary credit card bearing a name other than the defendants' dated May 22, 2019, was found in the trunk. In the center console, immediately in front of the gear shift lever, I found an Alcatel phone.

On May 28, 2019, detectives executed search warrants for the intellectual contents stored in the defendants' phones. Forensic imaging of the stored intellectual content including, photographs, emails, messages, phone call logs, photographs, attachments, videos, location data, and other electronic data were extracted for examination. Detectives found evidence that Eduardo Lamigueiro communicated with several different people to further the scheme by sharing PII, images of

5

counterfeit driver licenses; photos of handwritten PII; and by coordinating fraudulent transactions.

We received additional reports of fraud at Saks and Kay Jewelers, store #3403, located at the UTC mall in Sarasota.

According to an Alachua County police report on March 16, 2018, Erika J. Diaz, reported her identity was used to open a fraudulent credit account at the Saks in Sarasota Florida. Erika Diaz had received a Saks credit card in the mail, along with a bill for approximately $3,708 in merchandise.

According to the contents of Roxana Ruiz' phone, it was in Sarasota County at or near the Saks in March 8, 2019, during the time of the fraudulent transaction. Eduardo Lamigueiro was communicating with Roxana Ruiz while she was inside the store. A receipt from the transaction was found in the contents of Eduardo Lamigueiro's phone. I obtained video from UTC, which shows Eduardo Lamigueiro and Roxana Ruiz arriving to the UTC Mall in a white Toyota Sedan before the transaction occurred.

According to a Sarasota County Sheriff's Office report, on April 7, 2019, the PII of Zedy Aroche was reportedly used to open a credit account at the Sarasota Saks store and to subsequently purchase approximately $2,825.15 in merchandise. I obtained video recordings of this incident from UTC Mall Security. The video shows proposed defendant Jose Perez exit a white Toyota Sedan shortly before the transaction.

6

The contents of Eduardo Lamigueiro's phone showed that Eduardo Lamigueiro sent proposed defendant Jose Perez, a photo of a counterfeit Florida driver license bearing proposed defendant Jose Perez' picture with Zedy Aroche's PII. During a custodial interview with defendant Jose Perez before which he was advised of and knowingly and voluntarily waived his Miranda rights, he admitted to using Aroche's information to conduct the transaction.

A Polk County Sheriff's Office report stated that Monica Diaz reported that her PII was used to open several accounts, including one with Kay Jewelers on May 6, 2019. The account was used to purchase multiple jewelry items totaling approximately $6,632.27. The contents of Roxana Ruiz' phone show that she was at or near the UTC Kay Jewelers store at or near the time of this transaction. She was also seen on video surveillance walking through the Saks in Sarasota, shortly after the transaction.

I confirmed with Signet Group Representative John Melli, the aforementioned Kay Jewelers accounts were reported as fraudulent.

Signet Jewelers Limited "Signet" is the world's largest jewelry retailer, operating approximately 3,600 stores primarily under the name brands of Kay Jewelers, Zales, Jared the Galleria of Jewelry ("Jared"), and others. Signet partners with financial institutions to offer co-branded private label credit cards "credit accounts" which can be used to pay for purchases online and in-store. These agreements are offered through Comenity Bank ("Comenity") and Genesis Financial Solutions Inc. ("Genesis"). Comenity is a limited-purpose credit card bank

7

incorporated in Delaware. It is a bank subsidiary of Alliance Data Systems Corporation. Comenity is the bank used to finance the fraud at Signet stores. Credit applications are completed on an in-store tablet or kiosk. The information entered into the tablet is then transferred across state lines to one of two servers located in Columbus, Ohio or Salt Lake city, Utah. Kay Jewelers operates stores in the Middle District of Florida including store #3403 located in Sarasota, FL at the University Town Center Mall (UTC).

### (305) 244-4946 Nelson Cobo Hernandez Phone Number #1

Nelson Cobo Hernandez was arrested for using the PII of Carlos Torres at Costco in Clearwater, FL, to apply for and obtain a $3,000 credit card limit through Costco's retail Visa card. The Visa credit card was subsequently used to purchase nearly $3,000 in merchandise. This crime occurred on or about January 29, 2018.

Nelson Cobo Hernandez possessed a driver license bearing his photo combined with the PII of Carlos Torres. Nelson Cobo Hernandez was sentenced to 10 years of State Probation for his actions. His probation began in 2018. The official police report indicates he may have been with another male who was never identified.

The contacts in Eduardo Lamigueiro's phone indicate two different numbers for "Nelson." The phone contains two messaging streams of communications with "Nelson." The first set of chat messages with the phone number (305) 244-4946 (Nelson Cobo Hernandez) includes approximately 596 messages and 73 attachments. They span from June 14, 2018, to October 26, 2018. When Nelson

8

Cobo Hernandez was arrested in Pinellas County, FL on October 26, 2018 (for his crime at Costco on January 29, 2018), he listed his phone number as (305) 244-4946 (Nelson Cobo Hernandez). The conversations reveal that Nelson Cobo Hernandez and Eduardo Lamigueiro shared the PII of other individuals.

Eduardo Lamigueiro also sent Nelson Cobo Hernandez, a receipt from the Saks in Sarasota, dated August 27, 2018, from a credit account opened in the name of Marcelo Perez, for $3,163.50 before tax.

### (786) 769-7879 Nelson Cobo Hernandez Phone Number #2

The second set of messages and other communication with a different contact name of "Nelson," phone number (786) 769-7879 (Nelson Cobo Hernandez), begin on February 6, 2019, and ended April 18, 2019. According to Pinellas County court documents Nelson Cobo Hernandez bonded from jail on February 5, 2019. This message stream includes 465 messages and 76 attachments. According to a Facebook Message search, (786) 769-7879 (Nelson Cobo Hernandez) is associated with Facebook Username "Nelson Cobo." This phone number was also handwritten on incomplete probation paperwork bearing Nelson Cobo Hernandez' printed name, found during the search warrant executed on the white Toyota Corolla.

On March 5, 2019, from approximately 2:28 p.m., until approximately 3:35 p.m., Eduardo Lamigueiro's phone location appears to have been in the vicinity of the UTC Mall in Sarasota County, FL. On March 5, 2019, Nelson Cobo-Hernandez sent Eduardo Lamigueiro a series of messages which appear to coordinate a fraudulent purchase. Later, on the same date, Nelson Cobo Hernandez sent two

9

photographs of purses on, what appears to be a store shelf. The first photo was taken at or about 6:53 p.m., and the second around 6:57 p.m. According to Eduardo Lamigueiro's phone location, he was near the International Plaza Mall near Tampa, FL, during that time frame.

On April 1, 2019, Nelson Cobo Hernandez sent Eduardo Lamigueiro a picture of handwritten information relating to Zedy Aroche including his address, birthdate, height, driver license number along with the issue and expiration dates.

### (305) 878-0588 Jose L. Perez

On April 7, 2019, Zedy Aroche's PII was used to open a fraudulent account in his name at the Saks in Sarasota. The credit account was used to purchase merchandise totaling $2,641.27 before tax.

Also on April 7, 2019, Eduardo Lamigueiro sent a photo of a Saks receipt to the user of (786) 769-7879 (Nelson Cobo), dated April 7, 2019, from an account opened in the name of "Zedy Aroche." A photo found in the contents of Eduardo Lamigueiro's phone contained the PII of Zedy Aroche and a counterfeit ID. The photo of the person on the counterfeit ID was determined to be proposed defendant Jose Luis Perez; however, like other counterfeit identifications, bore the PII of Zedy Aroche.

According to a Facebook Search of the phone number (305) 878-0588, it appears to be associated with the Facebook Username of "Luis Perez." The profile picture of "Luis Perez" appears to be proposed defendant Jose Luis Perez. Through investigation, I determined the phone number belonged to Jose Luis Perez with the

10

same date of birth. Jose Louis Perez has a criminal history, which includes federal fraud charges.

Beginning in January 6, 2019, Eduardo Lamigueiro began communicating with the user of phone number (305) 878-0588 (Jose Luis Perez), labeled in his contacts as "Luisito." Luisito" is listed as an AKA in Jose Luis Perez' criminal history. The phone contains approximately 835 exchanged messages and phone calls and approximately 82 attachments. Many of the attachments include photos of gambling tickets or receipts, at least one photo of handwritten PII, a photograph of a counterfeit identification card and an HSBC credit card, bearing Zedy Aroche's name.

### (786) 506-5025 Bertanicy Garcia

Detectives learned Eduardo Lamigueiro communicated with phone number (786) 506-5025, and approximately 500 photos of victims' PII were sent to Eduardo Lamigueiro via photos, or multimedia text messages (MMS) from that number. The information includes names, birthdates, and social security numbers of adults and children.

Through investigation, detectives determined that the information came from the Florida Department of Children and Families (DCF) Automated Community Connection to Economic Self Sufficiency (ACCESS) database. This sensitive information can generally only be accessed by an employee of the agency and is intended only for official business. The username of the employee B. Garcia P60669 is seen on the screen in several of the photographs.

Detectives contacted the DCF Office of Public Benefits Integrity and spoke with Director Andrew McClenahan, who confirmed employee #P60669 is Bertanicy Garcia, an Interview Clerk for DCF based in Miami, FL. Director McClenahan appointed DCF Internal Investigator Tim Duggan, to assist with the investigation. Investigator Duggan confirmed Bertanicy Garcia's computer login was used to access the compromised victims' information. USSS TFOs determined it was that compromised information that was used to perpetrate the fraud scheme.

### (786) 491-0922 Marcos Cobo Gonzalez

On September 28, 2018, Marcos Cobo Gonzalez was arrested for using the PII of Ruben E. Pereira after opening a $9,000 credit account at the Jared Jewelers at 229 E. Altamonte Drive, Suite #1000, Altamonte Springs, FL. He was the only identified defendant in that case and he did not provide information for any accomplices. Marcos Cobo possessed a driver license bearing his photo; but also bearing the PII of Ruben Pereira. A photograph of Ruben Pereira's PII which was handwritten on a sheet of paper was found in the contents of Eduardo Lamigueiro's iPhone. Marcos Cobo Gonzalez was sentenced to an 18 Month probation term for his actions, which began in March 2019. Later in March 2019, he was identified as committing fraudulent transactions in Sarasota County.

On March 29, 2019, according to a Sarasota County Sheriff's Office report, a black male, later identified as Marcos Cobo Gonzalez, entered the Saks in Sarasota, FL. Marcos Cobo Gonzalez used the fraudulently obtained PII of Jose Perez, to open an account. He subsequently purchased $2,300, worth of merchandise. Marcos

Cobo Gonzalez then walked out of the store and got into the front passenger seat of an awaiting white Toyota Corolla bearing tag #IZPF52 (lease/rental vehicle from Miami, FL), which Eduardo Lamigueiro was driving.

Phone number (786) 491-0922, is listed as "Marcos" in the contacts of Eduardo Lamigueiro's phone. The first known communication occurred on August 17, 2018, and the last known communication was May 22, 2019. There is a log of more than 2800 messages, phone calls, photos, and other communications exchanged between them. Many transmit PII between the parties.

On January 16, 2019, Mario Perez' PII was used to open a credit account at the Kay Jewelers store in Sarasota County, FL. The account was used to purchase various jewelry items totaling $6,518.18, before tax. Based on conversations found on Eduardo Lamigueiro's phone, he communicated with Marcos Cobo Gonzalez, who was inside the store, to coordinate the transaction.

During the execution of the search warrant on the Toyota Corolla, Marcos Cobo Gonzalez' fingerprints were found in several places. Eduardo Lamigueiro's last known phone communication with Marcos Cobo Gonzalez was the day before Eduardo Lamigueiro and Roxana Ruiz' arrests in Sarasota county on May 23, 2019.

### (786) 448 6599 Junior Perodin Verges

Eduardo Lamigueiro's phone location places him near the UTC Mall in Sarasota during the January 16, 2019, transaction at Kay Jewelers. Marcos Cobo Gonzalez' photo was printed on the counterfeit identification card, used during that transaction. The receipt from that transaction was sent by Eduardo Lamigueiro to

13

another phone number (786) 448-6599 (Junior Perodin), who is listed as "Junior" in Eduardo Lamigueiro's contact list.

Communication between Eduardo Lamigueiro and "Junior" began on October 18, 2018, and their last known communication was on May 22, 2019. The conversation stream includes 512 messages with 189 attachments, including receipts from fraudulent transactions and PII of the aforementioned Monica Diaz, Mario Perez, Jose L. Perez, Efrain Dieppa Pagan, and Diana Delaney.

On November 21, 2018, Junior Perodin sent Eduardo Lamigueiro photographs of two receipts from Saks in Sarasota. The receipts, dated November 20, 2018, totaled $4,392 and were confirmed to be related to purchases from an account that was later reported to be fraudulently opened.

Considering the aforementioned evidence detectives determined there was probable cause to arrest **Eduardo Lamigueiro, Roxana Ruiz, Bertanicy Garcia, Marcos Cobo Gonzalez, Nelson Cobo Hernandez, Junior Perodin Verges,** and **Jose Perez**. It was clear they engaged in a scheme to steal and use identities to open accounts and purchase merchandise, each having played a part to further their scheme.

### Arrests of Defendants

On June 20, 2019, Agents from the US Secret Service, Miami-Dade Police Department, Miami Police Department, Hialeah Police Department, Florida Dept. of Law Enforcement, and the Sarasota County Sheriff's Office, having arrest

14

warrants for seven defendants for the crime of Criminal Use/Possession of Personal Identification Information, attempted to serve the arrest warrants. Five of the defendants were arrested; however, Eduardo Lamigueiro and Roxana Ruiz were not located at that time.

Bertanicy Garcia was arrested in the DCF Office where she worked. She was in possession of three cell phones. One of which is assigned the phone number (786) 506-5025. During a custodial interview with defendant Bertanicy Garcia, where she was advised of and knowing and voluntarily waived her Miranda rights, she admitted to using that phone to send PII to Eduardo Lamigueiro.

A search warrant was executed to examine the intellectual property of the device assigned phone number (786) 506-5025. The data shows that between June 3, 2019, and June 5, 2019, Bertanicy Garcia provided PII of at least four people to Eduardo Lamigueiro (786) 576-1084. The PII iincluded names, dates of births, social security numbers, addresses, and other PII of victims who live in Orlando, FL; Kissimmee, FL; and Naples, FL. The aforementioned victims' addresses are in the Middle District of Florida.

The communications between Eduardo Lamigueiro and Bertanicy Garcia include phone calls, Multimedia Messaging Services (MMS), Short Message Service (SMS), Photographs, and are stored in her contact list as "Newbartolo 2."

On July 22, 2019, Eduardo Lamigueiro was arrested with an IPhone on his person and brought to the Miami-Dade Turner Guilford Knight Correctional Center. The phone bore the International Mobile Equipment Identifier (IMEI) of

15

"353071106382728." The IMEI is unique number used to identify a device on a specific network. The IMEI of "353071106382728" is unique to a device obtained from a fraudulent Verizon Wireless transaction. I obtained records from Verizon Wireless and learned the phone was obtained by a fraudulent transaction at Verizon Wireless using the PII of "Camilo Perez," on June 13, 2019.

A Collier County Sheriff's Office report indicates that on June 27, 2019, Camilo Perez Rives reported that while he was out of the Country, his PII was used to open fraudulent accounts at Verizon Wireless and Nordstrom. This was the same account determined to have been opened fraudulently to obtain the phone Eduardo Lamigueiro possessed when arrested on July 22, 2019. It should be noted, this account was acquired after Eduardo Lamigueiro's arrest in Sarasota on May 23, 2019.

PII of more than 2100 individuals stored in the DCF database was electronically transmitted to Eduardo Lamigueiro from Garcia. Eduardo Lamigueiro then distributed, shared or otherwise used the PII to further the fraudulent scheme with participating defendants. Defendants utilized fake credit and ID cards to masquerade as these third-party victims and acquire merchandise through credit accounts opened in victim's names. The merchandise included luxury clothing, accessories, watches, jewelry, cell phones, appliances and even a rented U-Haul truck. Defendants would send Eduardo Lamigueiro electronic messages depicting the receipt from the fraudulent purchases.

16

## CONCLUSION

Based on the above facts, I submit that there is probable cause to believe that Eduardo Lamigueiro, Roxana Ruiz, Bertanicy Garcia, Marcos Cobo Gonzalez, Nelson Cobo Hernandez, Junior Perodin Verges, and Jose Perez should be charged with aggravated identity theft, scheme to obtain property by means of fraudulent pretenses and transmitting it by means of wire in interstate commerce and conspiring to commit fraud.

Thus, I respectfully request that this Court issue an arrest warrant pursuant to 18 U.S.C. § 1349.

This completes my affidavit.

_____
Rhett Campbell, Detective
Sarasota County Sheriff's Office
U.S. Secret Service Task Force Officer

Sworn to and subscribed before me

this __18__ day of December, 2019.

_____
Amanda Arnold Sansone
United States Magistrate Judge

17